IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**Case No. 0:20-cv-62268-RAR**

AMIR PREISLER, individually and on behalf of
all others similarly situated,

                Plaintiff,

vs.

EASTPOINT RECOVERY GROUP, INC.
UNITED HOLDINGS GROUP LLC
JOHN DOES 1-25

                Defendants.
_____/

## DEFENDANT UNITED HOLDINGS GROUP LLC'S MOTION FOR JUDGMENT ON THE PLEADINGS

Defendant UHG I LLC, improperly sued as United Holdings Group LLC, ("UHG"), by and through its undersigned counsel, hereby moves this Court, pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(c) for an order granting UHG's motion to dismiss Plaintiff Amir Preisler's ("Plaintiff") claims for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*. ("FDCPA").

Plaintiff commenced this lawsuit against UHG and Eastpoint Recovery Group, Inc. ("Eastpoint") alleging a collection letter sent by Eastpoint to Plaintiff violated the FDCPA. (Doc. 1). As alleged in the Complaint, UHG owns Plaintiff's debt and placed it with Eastpoint, a debt collection agency, for collection. (Doc. 1, ¶¶ 27-28). The Complaint does not distinguish between defendants and broadly contends that UHG should be held liable under the FDCPA for the language Eastpoint used in its letter. (Doc. 1).

Eastpoint responded to Plaintiff's Complaint with a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6). (Doc. 13). Plaintiff opposed (Doc. 26) and that motion is now fully briefed for the Court. (Doc. 27). If the Court grants Eastpoint's motion to dismiss as to standing or on the merits, Plaintiff's claims against UHG would also fail as a matter of law. Considering the identical nature of the claims against the Defendants in this lawsuit and in the interest of judicial economy, UHG hereby adopts the arguments articulated by Defendant Eastpoint Recovery Group, Inc. in its motion to dismiss (Doc. 13) and reply in further support of same. (Doc. 27).

Dated: March 11, 2021

        Respectfully submitted,

        **LIPPES MATHIAS WEXLER FRIEDMAN LLP**

        /s Alessandro A. Apolito
        Alessandro A. Apolito, Esq.
        Florida Bar Number: 0084864
        10151 Deerwood Park Blvd., Bldg. 300, Suite 300
        Jacksonville, Florida 32256
        P: 904-660-0020
        F: 904-660-0029
        Primary E-Mail: aaapolito@lippes.com
        Secondary E-Mail: llagle@lippes.com

        Sean M. O'Brien
        *Admitted pro hac vice*
        Lippes Mathias Wexler Friedman LLP
        50 Fountain Plaza, Suite 1700
        Buffalo, New York 14202
        E: sobrien@lippes.com